MICHAEL E. McFARLAND, JR. #23000
BRYTON A. REDAL, #56946
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN ECKHART, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S OFFICE, ASOTIN COUNTY SHERIFF JOHN HILDERBRAND, ASOTIN COUNTY JAIL, ARTHUR W. MUSSER, individually and in his professional capacity, DEVIN WEBBER, individually and in his professional capacity,<br><br>Defendants. | Case No.: 2:23-CV-207<br><br>Asotin County Superior Court Cause No. 23-2-00082-02<br><br>NOTICE OF REMOVAL OF ACTION |

TO: The Clerk of the Court

NOTICE OF REMOVAL - page 1

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**PLEASE TAKE NOTICE** that Defendants Asotin County, Asotin County Sheriff John Hildebrand, Arthur Musser and Devin Webber hereby remove to this Court the state court action described below.

1. **State Court Action**

On June 20, 2023, Defendants Asotin County, John Hildebrand and Devin Webber ("Removing Defendants") were served with he Summons and Complaint. *See Certificate of Michael E. McFarland, Jr.*, Ex. B-G. The Complaint lists Asotin County, John Hildebrand and Devin Webber as defendants. *McFarland Certificate*, Ex. A. Plaintiff's Complaint was filed in Asotin County Superior Court on May 26, 2023 and assigned cause number 23-2-00082-02. *Id*. Defendants were not served until June 20, 2023. *McFarland Certificate*, Ex. B-G.

2. **Federal Question Jurisdiction**

Plaintiff's Complaint alleges that the Removing Defendants violated the his rights under the U.S. Constitution. *Complaint*, ¶ 1.1. Specifically, Plaintiff alleges that the Removing Defendants violated his right to bodily integrity under the Fourth, Eighth and Fourteenth Amendment. *Complaint*, ¶ 4.29-4.33.

Accordingly, this action is removable to federal court under 28 U.S.C. § 1441, as Plaintiff's claims arise under the Constitution, laws or treaties of the United States, and this Court would have had original jurisdiction over Plaintiff's

NOTICE OF REMOVAL - page 2

claims under 28 U.S.C. §§ 1331 and 1343 had Plaintiff elected to file the action in federal court. This Court is the District Court of the United States embracing the place where the state court action is currently pending, and is therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).

**3.    Timely Removal**

Removing Defendants were each served with the Summons and Complaint on June 20, 2023. This Notice of Removal is filed within 30 days after the service of the Complaint. *See* 28 U.S.C. § 1446(b).

**4.    Papers Served**

Copies of all process and any pleading served upon Defendants are attached as **Exhibits A-G** to the Certificate of Attorney.

DATED this 20th day of July, 2023.

                        EVANS, CRAVEN & LACKIE, P.S.

By:    s/    *Michael E. McFarland, Jr.*
       MICHAEL E. McFARLAND, JR., #23000
       BRYTON A. REDAL, #56946
       Attorneys for Defendants



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on the 20th day of July, 2023, the foregoing was delivered to the following persons via e-service agreement:

<u>**Counsel for Plaintiff**</u>

| | | |
|---|---|---|
| Douglas D. Phelps | Via Regular Mail | [ ] |
| Phelps & Associates, P.S. | Via Certified Mail | [ ] |
| 2903 North Stout Road | Via Overnight Mail | [ ] |
| Spokane, WA 99206 | Via Facsimile | [ ] |
| Email: phelps@phelpslaw1.com | Hand Delivered | [ ] |
| Email: asmith@phelpslaw1.com | Via Email | [X] |

_____
Kimberley L. Mauss, Paralegal



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632