# Exhibit B

FILED

2023 JUL -3 AM 7:48

MCKENZIE A. CAMPBELL
COUNTY CLERK
ASOTIN COUNTY, WA

ORIGINAL

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF ASOTIN

| | |
|---|---|
| STEVEN ECKHART, a single person,<br>Plaintiff,<br>vs.<br>ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S OFFICE, ASOTIN COUNTY SHERIFF JOHN HILDERBRAND, ASOTIN COUNTY JAIL, ARTHUR W. MUSSER, individually and in his professional capacity, DEVIN WEBBER, individually and in his professional capacity,<br>Defendant(s). | No. 23-2-00082-02<br><br>**DECLARATION OF SERVICE** |

*I Declare:*

1. I am over the age of 18 years, and I am not a party to this action.

2. I served ASOTIN COUNTY SHERIFF'S OFFICE with the following document(s):

   **Summons; Complaint for Damages.**

3. The date, time, and place of service:

   Date: **June 26, 2023**   Time: **12.15 P.M.**

   Address: **127 2nd St., Asotin, WA 99402**

4. Service was made:

   **Authorized Service** – by personal delivery to, and accepted by SHARI JANOWSKI, DEPUTY AUDITOR for ASOTIN COUNTY. SHARI JANOWSKI is authorized to accept service on behalf of ASOTIN COUNTY SHERIFF'S OFFICE.

DECLARATION OF SERVICE - 1

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842

1  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
2  true and correct.

3  Signed at Spokane, WA on June 22, 2023

4  
   Service Fee:    $  154    Total

RON UZETA
Process Server Registered #1730
Private Investigator License #4642
Business Principal License #2385
County of Spokane

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF SERVICE - 2

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842