# Exhibit C

```
                                              FILED
                                        2023 JUL -3 AM 7:48
                                        MCKENZIE A. CAMPBELL
                                              COUNTY CLERK
                                          ASOTIN COUNTY, WA
```

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF ASOTIN

| | |
|---|---|
| STEVEN ECKHART, a single person,<br>　　　　　　Plaintiff,<br>vs.<br>ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S OFFICE, ASOTIN COUNTY SHERIFF JOHN HILDERBRAND, ASOTIN COUNTY JAIL, ARTHUR W. MUSSER, individually and in his professional capacity, DEVIN WEBBER, individually and in his professional capacity,<br>　　　　　　Defendant(s). | No.  23-2-00082-02<br><br>**DECLARATION OF SERVICE** |

*I Declare:*

1. I am over the age of 18 years, and I am not a party to this action.
2. I served DEVIN WEBBER with the following document(s): **Summons; Complaint for Damages.**
3. The date, time, and place of service:

   　　Date: **June 20, 2023**　　Time: **12:45 PM**

   　　Address: **830 5th St., Clarkston, WA 99403**
4. Service was made:

   　　**In-Hand** – by personal delivery to the person named in Paragraph 2.

DECLARATION OF SERVICE - 1

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842

1  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

2

3  Signed at Spokane, WA on June 22, 2023

4

5  Service Fee:   $ 229   Total

RON UZETA
Process Server Registered #1730
Private Investigator License #4642
Business Principal License #2385
County of Spokane

DECLARATION OF SERVICE - 2

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842