# Exhibit E

Case 2:23-cv-00207-RLP    ECF No. 1-7    filed 07/20/23    PageID.38    Page 1 of 3

```
                                          FILED
                                     2023 JUL -3 AM 7:49
                                     MCKENZIE A. CAMPBELL
                                         COUNTY CLERK
                                      ASOTIN COUNTY, WA
```

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF ASOTIN

| | |
|---|---|
| STEVEN ECKHART, a single person,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S OFFICE, ASOTIN COUNTY SHERIFF JOHN HILDERBRAND, ASOTIN COUNTY JAIL, ARTHUR W. MUSSER, individually and in his professional capacity, DEVIN WEBBER, individually and in his professional capacity,<br>　　　　　　　　　　　Defendant(s). | No. 23-2-00082-02<br><br>**DECLARATION OF SERVICE** |

*I Declare:*

1. I am over the age of 18 years, and I am not a party to this action.

2. I served ASOTIN COUNTY SHERIFF JOHN HILDERBRAND with the following document(s): **Summons; Complaint for Damages.**

3. The date, time, and place of service:

    Date: **June 20, 2023**　　Time: **12.15 P.M.**

    Address: **127 2nd St., Asotin, WA 99402**

4. Service was made:

    **Authorized Service** – by personal delivery to, and accepted by SHARI JANOWSKI, DEPUTY AUDITOR for ASOTIN COUNTY. SHARI JANOWSKI is authorized to accept service on behalf of ASOTIN COUNTY SHERIFF JOHN HILDERBRAND.

DECLARATION OF SERVICE - 1

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Spokane, WA on June 22, 2023

Service Fee:   $ 225   Total

RON UZETA
Process Server Registered #1730
Private Investigator License #4642
Business Principal License #2385
County of Spokane

DECLARATION OF SERVICE - 2

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842