# Exhibit F

FILED

2023 JUL -3 AM 7:49

MCKENZIE A. CAMPBELL
COUNTY CLERK
ASOTIN COUNTY, WA

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF ASOTIN

| | |
|---|---|
| STEVEN ECKHART, a single person,<br>　　　　　　　　　Plaintiff,<br>vs.<br>ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S OFFICE, ASOTIN COUNTY SHERIFF JOHN HILDERBRAND, ASOTIN COUNTY JAIL, ARTHUR W. MUSSER, individually in his professional capacity, DEVIN WEBBER, individually and in his professional capacity,<br>　　　　　　　　　Defendant(s). | No.  23-2-00082-02<br><br>**DECLARATION OF SERVICE** |

*I Declare:*

1. I am over the age of 18 years, and I am not a party to this action.
2. I served ARTHUR W. MUSSER with the following document(s): **Summons; Complaint for Damages.**
3. The date, time, and place of service:

    Date: **June 20, 2023**　　Time: **12:59 PM**

    Address: **728 Stewart Ave., Lewiston, ID 83501**
4. Service was made:

    **In-Hand** – by personal delivery to the person named in Paragraph 2.



DECLARATION OF SERVICE · 1

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842

1  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
2  true and correct.

3  Signed at Spokane, WA on June 22, 2023

4  
   Service Fee:   $  229    Total
5  
   RON UZETA
   Process Server Registered #1730
   Private Investigator License #4642
6  Business Principal License #2385
   County of Spokane

DECLARATION OF SERVICE - 2

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842