# Exhibit G

```
                                    FILED
                                2023 JUL -3 AM 7:49
                                MCKENZIE A. CAMPBELL
                                   COUNTY CLERK
                                ASOTIN COUNTY, WA
```

ORIGINAL

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF ASOTIN

| | |
|---|---|
| STEVEN ECKHART, a single person,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S OFFICE, ASOTIN COUNTY SHERIFF JOHN HILDERBRAND, ASOTIN COUNTY JAIL, ARTHUR W. MUSSER, individually and in his professional capacity, DEVIN WEBBER, individually and in his professional capacity<br>　　　　　　　　　　Defendant(s). | No.  23-2-00082-02<br><br>**DECLARATION OF SERVICE** |

*I Declare:*

1. I am over the age of 18 years, and I am not a party to this action.
2. I served ASOTIN COUNTY JAIL with the following document(s): **Summons; Complaint for Damages.**
3. The date, time, and place of service:
   Date: June 20, 2023    Time: **12:30 PM**
   Address: **838 5th St., Clarkston, WA 99403**
4. Service was made:
   **Authorized Service** – by personal delivery to, and accepted by NATHAN UHLORN, JAIL COMMANDER for ASOTIN COUNTY JAIL. NATHAN UHLORN is authorized to accept service on behalf of ASOTIN COUNTY JAIL.

DECLARATION OF SERVICE - 1

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842

1  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
2  true and correct.

3  Signed at Spokane, WA on June 22, 2023

4  
   RON UZETA
5  Service Fee:    $   154
   Process Server Registered #1730
   Private Investigator License #4642
6  Business Principal License #2385
   County of Spokane

DECLARATION OF SERVICE - 2

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842